| | | |
|---|---|---|
| LULJETA CINGO | | UNITED STATES COURTHOUSE |
| 40 TUFTS STREET | | JOHN JOSEPH MOAKLEY |
| Malden Ma 02148 MA 02210 | To | ONE COURTHOUSE WAY BOSTON, |
| (781) 248-5698 | | (617) 261-2440 |

Action

Luljeta Cingo

Plaintif,

V.

Local 25 (Union)

Defendant

Note : This case continues after Civil

No: 11 CA 11303-JLT Decided by

Honorable Joseph L. Tauro

*FILED IN CLERKS OFFICE 2015 SEP 28 AM 9 56 U.S. DISTRICT COURT DISTRICT OF MASS.*

To whom may I refer,

1. This case was closed as a joint statement between Luljeta Cingo and Massachusetts Port Authority. While Union Local 25 was part of my first termination they didn't represent themselves in the courthouse when Ms. Karen Romito port authority representative was there to represent the authority itself.

2. As a part of the joint statement I was hired back and started work from 05/23/2011 until 09/25/2015. After four years of work the union representative informs me that I have not been in good standing with Teamsters Local Union No.25. I did have enough sick and vacation days for use as averybody else whenever I felt sick. There are still so many sick and vacation days that I never had a chance to use. The most important fact is that Local 25 didn't take their time to notify me or invite me back to their membership for four years.

3. On September 23, 2015, Teamsters, Local 25 informed the Authority, via letter, that I have failed to satisfy my obligation to remain a member in good standing with Teamsters Local Union No. 25. The last time that I had a chance to talk to Mike O'Brian, Local 25 representative I recognized his disatisfaction towards my standing as a nonunion member even if I still paid the union dues.

4. My questions to Local 25 are: a. Why they didn't show up to represent themselves in the first place on 2011 like the Port Authority did?

b. Why they left me for four years without any official notification to discuss the membership in the right maners?

c. Why was I in a good standing as a nonunion member (but still paied the dues) for four years and not now?

With all respect to all members who will try to answer my questions and resolve this problem in a right mener I hope for justice only.

5. Best regards to all those who try hard for justice and peace !!!

LULJETA CINGO

*Luljeta Cingo*   09/28/2015